940

No. 505.   MILLER ET AL. *v.* EAST GEORGIA MOTORS, INC. C. A. 4th Cir.   Certiorari denied.   *H. Wayne Unger* for petitioners.   *B. Allston Moore, Jr.* for respondent.

No. 510.   TEXAS CARBONATE CO. *v.* PHINNEY, DISTRICT DIRECTOR OF INTERNAL REVENUE.   C. A. 5th Cir.   Certiorari denied.   *Nat L. Hardy* and *Robt. H. Rice* for petitioner.   *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Harold M. Seidel* for respondent.

No. 518.   CROWE, TRADING AS WILLIAM A. CROWE CO., *v.* RAGNAR BENSON, INC.   C. A. 3d Cir.   Certiorari denied.   *Vincent M. Casey* for petitioner.   *Samuel L. Goldstein* for respondent.

No. 519.   MOORE-McCORMACK LINES, INC., *v.* UNITED STATES.   Court of Claims.   Certiorari denied.   *J. A. Dickinson* for petitioner.   *Solicitor General Cox, Acting Assistant Attorney General Guilfoyle* and *Alan S. Rosenthal* for the United States.

No. 521.   GENERAL ELECTRIC CO. *v.* UNITED STATES. Court of Claims.   Certiorari denied.   *C. Rudolf Peterson* and *John P. Lipscomb* for petitioner.   *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Harry Marselli* for the United States.

No. 524.   IN RE MOITY.   Supreme Court of Louisiana. Certiorari denied.